PROB 12C
(6/16)

Report Date: July 14, 2026

ECF No 51

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael A. Guerra — Case Number: 0980 2:21CR00045-TOR-1

Address of Offender: [redacted] Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 3, 2022

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 19, 2026 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: June 18, 2030 |

---

### PETITIONING THE COURT

To issue a summons.

On June 24, 2026, Mr. Guerra reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions. It should be noted that violation number one took place prior to his intake interview.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Guerra violated the conditions of his supervised release by consuming methamphetamine on or about June 22, 2026.

On June 24, 2026, Mr. Guerra reported to the U.S. Probation Office as directed for his intake interview. At this time, Mr. Guerra submitted a urine sample that tested presumptive positive for methamphetamine. When confronted with the results, Mr. Guerra readily admitted to having relapsed over the weekend following his release from the halfway house. Mr. Guerra admitted to the undersigned via a signed document to having used methamphetamine on or about June 22, 2026. Mr. Guerra was referred to Renew Behavioral Health at that time to undergo a substance abuse evaluation and begin treatment services.

2 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Guerra violated the conditions of his supervised release by consuming methamphetamine on or about July 5, 2026.

On July 9, 2026, the undersigned officer met with Mr. Guerra at his residence to complete a home inspection. During the inspection, Mr. Guerra's daughter confronted him regarding his alcohol use once she identified the undersigned officer, making comments insinuating that Mr. Guerra was actively violating the conditions of his supervised release.

At this time, the undersigned officer collected a urine sample from Mr. Guerra, which tested presumptive positive for methamphetamine and alcohol. Mr. Guerra was not forthcoming when confronted with the results of his urine sample, claiming that he did not know how or why methamphetamine was in his system. When advised that the sample would be sent to the lab for confirmation, Mr. Guerra eventually admitted to the undersigned via a signed document to having using methamphetamine and alcohol on or about July 5, 2026. Mr. Guerra subsequently admitted to having a substance abuse problem and asked if he could be considered for residential treatment.

3 **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Guerra violated the conditions of his supervised release by consuming alcohol on or about July 5, 2026.

(See violation number 2).

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

THE COURT ORDERS

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

July 21, 2026

Date