PROB 12C
(6/16)

Report Date: August 20, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 24, 2026
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

ECF No 72

Name of Offender: Michael A. Guerra | Case Number: 0980 2:21CR00045-TOR-1

Address of Offender: [redacted] Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 3, 2022

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(B)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 19, 2026 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: June 18, 2030 |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 14, 2026.

On June 24, 2026, Mr. Guerra reviewed and signed his supervised release conditions, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Guerra violated the conditions of his supervised release by consuming methamphetamine on or about August 11, 2026.

On August 11, 2026, Mr. Guerra appeared before U.S. Magistrate Judge Ekstrom for an initial appearance to address the violations reported to the Court on July 14, 2026. The undersigned officer requested that the Court order Mr. Guerra submit to a urinalysis at that time. Mr. Guerra provided a urine sample which tested presumptive positive for methamphetamine and alcohol. Mr. Guerra adamantly denied having used recently. The undersigned officer advised Mr. Guerra of the confirmation process and provided him the opportunity to admit to use; however, he continued to deny any drug or alcohol use. Mr.

Guerra denied via a written document to having used methamphetamine or alcohol; therefore, the sample was sent to the lab for confirmation The urine sample was confirmed positive for methamphetamine and alcohol on August 19, 2026.

5 **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Guerra violated the conditions of his supervised release by consuming alcohol on or about August 11, 2026.

(See narrative in violation number 4.)

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

August 24, 2026

Date